# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                              Case Number:

Central States, Southeast and Southwest Areas Pension Fund
and Howard McDougall v. Mapco Sand and Gravel Co., a
Minnesota partnership; Richard Carlson, an individual; and John
Karsko, an individual

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Central States, Southeast and Southwest Areas Pension Fund

FILED: JUNE 17, 2008
08CV3475
JUDGE NORGLE
MAGISTRATE JUDGE VALDEZ
TG

| | |
|---|---|
| NAME (Type or print) <br> Timothy C. Reuter | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Timothy C. Reuter | |
| FIRM <br> Central States Legal Department | |
| STREET ADDRESS <br> 9377 West Higgins Road | |
| CITY/STATE/ZIP <br> Rosemont, Illinois 60018 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06279373 | TELEPHONE NUMBER <br> (847) 518-9800 Ext. 3481 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |