## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV3475     Assigned/Issued By: DAJ

Judge Name: NORGLE     Designated Magistrate Judge: VALDEZ

### FEE INFORMATION

*Amount Due:*   ☑ $350.00   ☐ $39.00   ☐ $5.00
  ☐ IFP   ☐ No Fee   ☐ Other _____
  ☐ $455.00

Number of Service Copies _____     Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350.00     Receipt #: 2864691

Date Payment Rec'd: 06/17/08     Fiscal Clerk: DAJ

### ISSUANCES

☑ Summons     ☐ Alias Summons
☐ Third Party Summons     ☐ Lis Pendens
☐ Non Wage Garnishment Summons     ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons
  _____
  *(Victim, Against and $ Amount)*
☐ Citation to Discover Assets     ☐ Other
☐ Writ _____
  *(Type of Writ)*     _____
  *(Type of issuance)*

3 Original and 0 copies on 06/17/08 as to DEF'S.
  *(Date)*