AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Central States, Southeast and Southwest Areas
Pension Fund and Howard McDougall

**CASE NUMBER:**    08CV3475

V.

**ASSIGNED JUDGE:**    JUDGE NORGLE

Mapco Sand and Gravel Co., a Minnesota
partnership; Richard Carlson, an individual; and
John Karsko, an individual

**DESIGNATED
MAGISTRATE JUDGE:**    MAGISTRATE JUDGE VALDEZ

TO: (Name and address of Defendant)

John Karsko
3144 30th Avenue
Minneapolis, Minnesota 55406

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Laura B. Bacon
Central States Funds Legal Department
9377 West Higgins Road, 10th Floor
Rosemont, Illinois 60018

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

**Michael W. Dobbins, Clerk**

------------------------------

**(By) DEPUTY CLERK**

**June 17, 2008**

------------------------------

**Date**



AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 6/25/08   6:34 PM |
|---|---|
| NAME OF SERVER *(PRINT)* Jesse Roberts | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 3144 30th Ave S. Minneapolis, MN

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/26/08
_____
Date          Signature of Server

330 2nd Ave S. #150, Minneapolis MN
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.