IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND and HOWARD McDOUGALL, <br><br> Plaintiffs, <br><br> v. <br><br> MAPCO SAND AND GRAVEL CO., a Minnesota partnership; RICHARD CARLSON, an individual; and JOHN KARSKO, an individual, <br><br> Defendants. | Case No. 08 C 3475 <br><br> District Judge Norgle <br><br> Magistrate Judge Valdez |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs Central States, Southeast and Southwest Areas Pension Fund, and Howard McDougall, trustee, hereby give notice of their voluntary dismissal of the above captioned matter.

/s/ Laura B. Bacon
Laura B. Bacon
Attorney for Plaintiffs
Central States, Southeast and
Southwest Areas Pension Fund and
Howard McDougall, as Trustee
9377 West Higgins Road
Rosemont, IL 60018-4938
(847) 518-9800, Ext. 3704

August 18, 2008

## CERTIFICATE OF SERVICE

I, Laura B. Bacon, one of the attorneys for Plaintiffs, Central States, Southeast and Southwest Areas Pension Fund, certify that I served the foregoing Notice of Voluntary Dismissal on Defendant by mailing said notice to:

>Christopher E. Morris
>Wornson, Goggins, Zard, Neisen, Morris & King
>119 East Main Street
>New Prague, Minnesota 56071
>
>John Karsko
>3144 30th Avenue
>Minneapolis, Minnesota 55406
>
>Richard Carlson
>24131 East Cedar Lake Drive
>New Prague, Minnesota 56071

Said Notice was deposited in the United States Mail at 9377 West Higgins Road, Rosemont, Illinois, 60018-4938, with proper prepaid postage affixed thereto, this 18th day of August 2008.

/s/ Laura B. Bacon
One of Central States' Attorneys